**CT Corporation**

**Service of Process Transmittal**
11/12/2019
CT Log Number 536607717

| | |
|---|---|
| **TO:** | Cris Silva<br>HIGHMARK HEALTH<br>120 5th Ave Ste 2180<br>Pittsburgh, PA 15222-3016 |
| **RE:** | Process Served in Kentucky |
| **FOR:** | Highmark Health Inc  (Assumed Name)  (Domestic State: PA)<br>Highmark Health (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | TERESA K. JOHNSON, PLTF. vs. HIGHMARK HEALTH, INC., ET AL., DFTS.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | LETTER(S), SUMMONS, COMPLAINT, ATTACHMENT(S) |
| **COURT/AGENCY:** | Pulaski County Circuit Court, KY<br>Case # 19CI01095 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 11/12/2019 postmarked on 11/07/2019 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | HON. WILLIAM R. ERWIN<br>Erwin Law, PLLC<br>319 West Main Street<br>Danville, KY 40422<br>(859) 209-2929 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780121995550<br><br>Image SOP<br><br>Email Notification,  Cris Silva  cristina.silva@highmarkhealth.org<br><br>Email Notification,  Carol Schoemer  carol.schoemer@highmarkhealth.org<br><br>Email Notification,  C. Rene Halligan  renee.halligan@highmarkhealth.org |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of  1 / MK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A



ALISON LUNDERGAN GRIMES
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718
☑ REGISTER TO VOTE



7019 0160 0000 6747 9816

neopost
11/07/2019
US POSTAGE $007.75

FIRST-CLASS MAIL
ZIP 40601
041L11275?212

HIGHMARK HEALTH, INC.
CT CORPORATION SYSTEMS, INC.
306 WEST MAIN STREET
SUITE 512
FRANKFORT, KY 40601

EXHIBIT A

| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

November 6, 2019

HIGHMARK HEALTH, INC.
CT CORPORATION SYSTEMS, INC.
306 WEST MAIN STREET
SUITE 512
FRANKFORT, KY 40601


FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 19-CI-01095

COURT:  Circuit Court Clerk
        Pulaski County
        P.O. Box 664
        Somerset, KY 42502
        Phone: (606) 677-4029

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) Your attorney, or
(2) The attorney filing this suit whose name should appear on the last page of the complaint, or
(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

EXHIBIT A

| AOC-E-105    Sum Code: CI |  | Case #: **19-CI-01095** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **PULASKI** |
| Court of Justice    Courts.ky.gov | **CIVIL SUMMONS** | |
| CR 4.02; Cr Official Form 1 | | |

*Plantiff,* JOHNSON, TERESA K. VS. HIGHMARK HEALTH, INC., ET AL, *Defendant*

TO:   CT CORPORATION SYSTEMS, INC.
      306 WEST MAIN STREET
      SUITE 512
      FRANKFORT, KY 40601

Memo: Related party is HIGHMARK HEALTH, INC.

NOV 06 2019
SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:
HIGHMARK HEALTH, INC.

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ J.S. Flynn; Pulaski Circuit ClerK
Date: **10/30/2019**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: 20078641429526500000172271
CIRCUIT: 19-CI-01095 Long Arm Statute – Secretary of State
JOHNSON, TERESA K. VS. HIGHMARK HEALTH, INC., ET AL



Page 1 of 1



EXHIBIT A

Package:000002 of 000015        Presiding Judge: HON. DAVID TAPP (628240)        Package : 000002 of 000015

Case: 6:19-cv-00288-KKC  Doc #: 1-2  Filed: 12/09/19  Page: 5 of 17 - Page ID#: 14

Filed          19-CI-01095    10/30/2019        J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095    10/30/2019        /s/J.S. Flynn, Pulaski Circuit Clerk

COMMONWEALTH OF KENTUCKY
PULASKI CIRCUIT COURT
C.A. NO. 19-CI-_____
*(ELECTRONICALLY FILED)*

TERESA K. JOHNSON                                              PLAINTIFF

VS                             **COMPLAINT**

HIGHMARK HEALTH, INC.
120 Fifth Avenue, Suite 418
Pittsburg, PA 15222-3099

        Serve:    CT Corporation Systems, Inc.
                     Registered Agent
                     306 West Main Street, Suite 512
                     Frankfort, KY 40601

AND

LAKE CUMBERLAND REGIONAL HOSPITAL, LLC             DEFENDANTS
330 Seven Springs Way
Brentwood, TN 37027

        Serve:    CT Corporation Systems, Inc.
                     Registered Agent
                     306 West Main Street, Suite 512
                     Frankfort, KY 40601

AND

DR. JOHN C. MOBLEY

        Serve:    154 Bogle Office Park Drive
                     Suite A
                     Somerset, KY 42503

A TRUE COPY ATTEST
DATE 10/31/19
J.S. FLYNN, CLERK
PULASKI CO. CIRCUIT/DISTRICT COURTS
BY: _____ D.C.

* * * * *

Comes the Plaintiff, Teresa K. Johnson, by counsel, and for her Complaint herein, against the Defendants listed herein, states as follows:

Page 1 of 7

EXHIBIT A

Case: 6:19-cv-00288-KKC   Doc #: 1-2   Filed: 12/09/19   Page: 6 of 17 - Page ID#: 15

Filed          19-CI-01095     10/30/2019        J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095     10/30/2019        /s/J.S. Flynn, Pulaski Circuit Clerk

## GENERAL ALLEGATIONS

1. Plaintiff, Teresa K. Johnson, is, and was at all times referenced in the Complaint, a resident of 340 Twin River Circle, Bronston, Pulaski County, Kentucky 42518.

2. The Defendant, Highmark Health, Inc., is a foreign corporation active and in good standing with the Kentucky Secretary of State, with the Registered Agent identified as the CT Corporation Systems, Inc., 306 West Main Street, Suite 512, Frankfort, Kentucky 40601, and a principal address of 120 Fifth Avenue, Suite 418, Pittsburg, PA 15222. Highmark Health, Inc., provides medical insurance coverage for residents of Pulaski County, Kentucky, including the Plaintiff herein.

3. The Defendant, Lake Cumberland Regional Hospital, LLC, is a foreign Limited Liability Company, active and in good standing with the Kentucky Secretary of State, with a principal office of 330 Seven Springs Way, Brentwood, TN 37027, and a Registered Agent of CT Corporation Systems, Inc., 306 West Main Street, Suite 512, Frankfort, Kentucky 40601. Lake Cumberland Regional Hospital, LLC, operates a medical care facility in Pulaski County, Kentucky.

5. The Defendant, John C. Mobley, has a principal office of 154 Bogle Office Park Drive, Suite A, Somerset, KY 42503. Dr. Mobley has an active medical practice in Pulaski County, Kentucky.

6. Beginning in 2017, Plaintiff, Teresa K. Johnson, was a patient of Dr. John Mobley. Dr. Mobley recommended a medical procedure to be performed on Teresa K. Johnson. Dr. Mobley's office contacted Highmark Health, Inc., for pre-certification of an outpatient surgical service to be performed on June 19, 2017.

7. On June 9, 2017, Highmark Health, Inc., provided a letter to the Plaintiff, Teresa K.

Page 2 of 7

EXHIBIT A

Case: 6:19-cv-00288-KKC   Doc #: 1-2   Filed: 12/09/19   Page: 7 of 17 - Page ID#: 16

Filed          19-CI-01095    10/30/2019          J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095    10/30/2019          /s/J.S. Flynn, Pulaski Circuit Clerk

Johnson, a copy of which is attached hereto as "EXHIBIT A", of pre-certification of an out-patient surgical service approved for the place and date of the service shown above.

8. In June, 2017, the Plaintiff, Teresa K. Johnson, decided not to have the procedure at that time. She continued to treat with Dr. Mobley.

9. In November, 2018, Dr. Mobley again recommended the same medical procedure to be performed on the Plaintiff. Dr. Mobley's office contacted Highmark Health, Inc., for pre-certification and approval of the surgery to be paid by Hallmark and covered by Plaintiff's medical insurance.

10. On December 12, 2018, Highmark Health, Inc., sent a letter to Plaintiff authorizing the service to be performed by John Mobley at Lake Cumberland Regional Hospital. A copy of this letter is attached as "EXHIBIT B."

11. On December 27, 2018, agents of Lake Cumberland Regional Hospital tendered to Plaintiff a financial agreement for payment for the procedure identified above. The estimated patient liability was designated in the amount of $4,037.16. This financial agreement is attached as "EXHIBIT C" hereto.

12. On December 28, 2018, Plaintiff underwent the medical procedure set forth above at Lake Cumberland Regional Hospital performed by Dr. John C. Mobley.

13. Subsequent to the medical procedure being performed, Plaintiff began receiving bills for payment from Lake Cumberland Regional Hospital, Dr. Mobley, Cumberland Anesthesia, and Lake Cumberland Surgical Assist. The total amount alleged to be due and owing is in the sum of $43,372.01.

14. Plaintiff contacted Dr. Mobley and Lake Cumberland Regional Hospital, LLC, to

Page 3 of 7

Filed          19-CI-01095    10/30/2019          J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095    10/30/2019          /s/J.S. Flynn, Pulaski Circuit Clerk

EXHIBIT A

Case: 6:19-cv-00288-KKC Doc #: 1-2 Filed: 12/09/19 Page: 8 of 17 - Page ID#: 17

Filed          19-CI-01095   10/30/2019          J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095   10/30/2019   /s/J.S. Flynn, Pulaski Circuit Clerk

question the billing and to determine why Highmark Health, Inc., failed to pay for the medical procedure. The Defendants herein have denied coverage for the procedure.

## COUNT I

15. Plaintiff reaffirms and realleges each of the allegations set forth above.

16. Each of the Defendants identified herein made statements to Plaintiff, both verbally and in writing, concerning the coverage of the procedure recommended by Dr. Mobley and performed by Dr. Mobley at Lake Cumberland Regional Hospital, LLC. The statements were made to Plaintiff with the intent that the Plaintiff rely thereon.

17. Plaintiff relied on the statements both verbal and written, of the Defendants herein, and in reliance thereon, made a material change in her position in the form of undergoing a medical procedure in incurring extensive medical bills that were promised to be paid by medical insurance.

18. As direct and proximate result of the Plaintiff's good-faith reliance of the representations of the Defendants herein, Plaintiff has been damaged in an amount in excess of the jurisdictional limits of this Court in the form of medical bills which currently stand in the amount of $43,372.01.

19. The actions of the Defendants herein were willful and intentional, in conscious disregard of the rights and expectations of the Plaintiff, all to Plaintiffs punitive sum to be set at trial.

## COUNT II

20. Plaintiff reaffirms and realleges each of the allegations, set forth above.

21. The Plaintiff herein purchased a health insurance policy through Highmark Health, Inc. This policy was purchased for Plaintiffs personal use. Highmark Health, Inc., is in the business of providing health insurance for residents of Pulaski County, Kentucky, including the Plaintiff.

22. The actions of the Defendant, Highmark Health, Inc., in submitting two (2) letters to

Page 4 of 7

Filed          19-CI-01095   10/30/2019          J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095   10/30/2019   /s/J.S. Flynn, Pulaski Circuit Clerk

EXHIBIT A

Case: 6:19-cv-00288-KKC Doc #: 1-2 Filed: 12/09/19 Page: 9 of 17 - Page ID#: 18

Filed 19-CI-01095 10/30/2019 J.S. Flynn, Pulaski Circuit Clerk
A true copy attest 19-CI-01095 10/30/2019 /s/J.S. Flynn, Pulaski Circuit Clerk

Plaintiff pre-approving the procedure ultimately performed by Dr. Mobley at Lake Cumberland Regional Hospital, constitutes an unfair, false, misleading and deceptive practice act in their trade or practice, contrary to the Kentucky Consumer Protection Act.

23. As a direct and proximate result of the Defendant's breach of the Kentucky Consumer Protection Act, Plaintiff has been damaged in an amount in excess of the jurisdictional limits of this Court in the form of medical bills which currently stand in the amount of $43,372.01. Plaintiff has also been forced to incur attorney's fees to prosecute the payment of the medical procedure. Pursuant to the Kentucky Consumer Protection Act, Defendant, HighMark Health, Inc., is responsible for Plaintiff's attorney's fees.

24. The actions of the Defendant, Highmark Health, Inc., were willful and intentional in conscious disregards of the rights and expectations of the Plaintiff, all to Plaintiff's punitive sum to be fixed at trial.

### COUNT III

25. Plaintiff reaffirms and realleges each of the allegations as set forth above.

26. Plaintiff entered into a written agreement with Lake Cumberland Regional Hospital, a copy of which is attached as "EXHIBIT C".

27. Pursuant to the terms of the Final Agreement reached with the Defendant, Lake Cumberland Regional Hospital, Plaintiff agreed to pay the sum of $4,037.16.

28. Plaintiff relied on the Contract entered into on December 27, 2018, to undergo surgery at Lake Cumberland Regional Hospital performed by Dr. Mobley. Thereafter, Lake Cumberland Regional Hospital has sent a bill to Plaintiff in the sum of $38,232.51.

29. The Defendant, Lake Cumberland Regional Hospital, LLC, has breached its agreement

Page 5 of 7

Filed 19-CI-01095 10/30/2019 J.S. Flynn, Pulaski Circuit Clerk
A true copy attest 19-CI-01095 10/30/2019 /s/J.S. Flynn, Pulaski Circuit Clerk

EXHIBIT A

Case: 6:19-cv-00288-KKC Doc #: 1-2 Filed: 12/09/19 Page: 10 of 17 - Page ID#: 19

Filed 19-CI-01095 10/30/2019 J.S. Flynn, Pulaski Circuit Clerk
A true copy attest 19-CI-01095 10/30/2019 /s/J.S. Flynn, Pulaski Circuit Clerk

in contract with the Plaintiff.

30. As a direct and proximate result of the Defendants' breach of contract, Plaintiff has been damaged in an amount in excess of the jurisdictional limits of this court in the form of medical bills in the approximate sum of $38,232.51.

## COUNT IV

31. Plaintiff reaffirms and realleges each of the allegations set forth above.

32. The actions of the Defendants, in representing that there would be insurance coverage for the procedure recommended by Dr. Mobley and performed at Lake Cumberland Regional Hospital, were representations that were known or should have been known by the Defendants to be false, with the intent that the Plaintiff rely thereon. Plaintiff did rely on the representation of each of the Defendants and material changed her position and reliance thereon.

33. As a direct and proximate result of the fraudulent actions of each of the Defendants herein, Plaintiff has been damaged in an amount in excess of the jurisdictional limits of this Court in the form of medical bills in an approximate sum of $43,372.01.

34. The actions of the Defendants herein were wilful and intentional, in conscious disregard of the rights and expectations of the Plaintiff, to Plaintiff's punitive sum to be fixed at trial.

## COUNT V

35. The Plaintiff reaffirms and realleges each of the allegations set forth above.

36. The actions of the Defendant, Highmark Health, Inc., are in violation of the Kentucky Unfair Claims Settlement Practices Act.

37. As a direct and proximate result of the Defendant's breach of the Unfair Claims Settlement Practices Act, Plaintiff has been damaged in an amount in excess of the jurisdictional

EXHIBIT A

Filed                19-CI-01095    10/30/2019    J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095    10/30/2019    /s/J.S. Flynn, Pulaski Circuit Clerk

limits of this Court.

38. The actions of the Defendant, Highmark Health, Inc., were undertaken wilfully and intentionally, in conscious disregards of the rights and expectations of the Plaintiff, all to Plaintiff's punitive sum to be fixed at trial.

WHEREFORE, Plaintiff, Teresa K. Johnson, prays for relief as follows:

1. For Judgment against the Defendants, jointly and severally, in an amount in excess of the jurisdictional limits of this Court for all medical bills resulting from the procedure of December 28, 2018;

2. For Punitive damages to be awarded by the Court in an amount in excess of the jurisdictional limits of this Court;

3. For her attorneys fees to be awarded pursuant to the Kentucky Consumer Protection Act; and

4. For any and all other relief of which the Plaintiff may be entitled, including Trial by Jury.

/s/ Hon. William R. Erwin
HON. WILLIAM R. ERWIN
*Erwin Law, PLLC*
319 West Main Street
Danville, KY 40422
(859) 209-2929
bill@erwinlawky.com

Filed                19-CI-01095    10/30/2019    J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095    10/30/2019    /s/J.S. Flynn, Pulaski Circuit Clerk

EXHIBIT A

Filed 19-CI-01095 10/30/2019 J.S. Flynn, Pulaski Circuit Clerk
A true copy attest 10/30/2019 /s/J.S. Flynn, Pulaski Circuit Clerk

**HIGHMARK**

An Independent Licensee of the Blue Cross and Blue Shield Association

Fifth Avenue Place • 120 Fifth Avenue • Suite P4101 • Pittsburgh PA 15222-3099

Dr. Mobley

June 9, 2017

MS. TERESA K JOHNSON
340 TWIN RIVERS CIRCLE
BRONSTON, KY 42518



Patient: MS. TERESA K JOHNSON
Member /Subscriber ID: 1076299120010
Requesting Provider: JOHN MOBLEY
Facility: LAKE CUMBERLAND REGIONAL HOSPITAL
Service From: 06/19/2017
Service Through: 06/19/2017
Total: Visit(s) Approved: 1
Authorization #: REQ-577489 (CASE-235588)

Dear MS. TERESA K JOHNSON:

The request submitted for a pre-certification of a(n) Outpatient Surgical service has been approved for the place and date of service shown above. This decision is based on the information provided at the time of the review.

This authorization is solely for the purpose of advising you of the medical necessity of the requested service. It is NOT a verification of available benefits or authorization for new benefits. No guarantee of payment is being made and the appropriate customer service area should be contacted to verify if the requested service(s) are eligible to be covered under your benefit plan and to determine if there are any benefit and/or policy exclusions and/or limitations that may apply. Please see the NOTICE OF COVERAGE APPROVAL for more detailed information on the reverse.

Notification has also been given to the doctor and/or facility shown above.

If you have any questions about this notice, please call the Member Service Department at the telephone number printed on your health care coverage identification card.

Sincerely,

Medical Management & Policy

A department of Highmark which performs utilization review services for members of Highmark Blue Shield programs.

Notification of approvals are for your information, no action is required on your part.

Filed 19-CI-01095 10/30/2019 J.S. Flynn, Pulaski Circuit Clerk
A true copy attest 19-CI-01095 10/30/2019 /s/J.S. Flynn, Pulaski Circuit Clerk


EXHIBIT A

Filed        19-CI-01095   10/30/2019        J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095   10/30/2019        /s/J.S. Flynn, Pulaski Circuit Clerk

## IMPORTANT INFORMATION ABOUT THIS NOTICE OF COVERAGE APPROVAL

This Notice of Coverage Approval is governed by, and does not change or limit, the terms of the member's health benefits plan, or any other legal document that applies to coverage and payment for benefits approved in this Notice. For more information concerning the member's benefits and coverage, please refer to the member's Subscriber Agreement or benefit booklet.

This Notice of Coverage Approval is not a guarantee of payment. This approval is based on the information available to us at the time it is issued (including information regarding the member's eligibility for coverage and/or the availability of benefits). If the information later proves to have been incorrect, incomplete or otherwise different than what was represented or if it changes, we may still ultimately deny payment of the claim.

For example, coverage and payment of a claim are contingent upon, among other things, the patient being actively enrolled in the health benefits plan at the time approved services are rendered. In addition, certain coverage and payment limitations could result in a claim being denied depending upon the member's prior utilization of plan benefits (e.g. dollar maximums, visit limits, etc.). In those situations, our decision to issue a Notice of Coverage Approval is based on benefit utilization and claim payment information available to us at the time the request for coverage approval is received. However, as this information is subsequently updated, the availability of benefits may change and a claim based on a service for which a Notice of Coverage Approval was previously issued may be ultimately denied.

For questions about eligibility and other terms of the health benefits plan, refer to the member materials or contact a Member Services Representative at the number printed on the member's identification (ID) card.

For questions about this approval, consult with the treating physician.



Package: 000011 of 000015            Presiding Judge: HON. DAVID TAPP (628240)            Package : 000011 of 000015

Filed        19-CI-01095   10/30/2019        J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095   10/30/2019        /s/J.S. Flynn, Pulaski Circuit Clerk

**EXHIBIT A**

Filed          19-CI-01095   10/30/2019        J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095   10/30/2019        /s/J.S. Flynn, Pulaski Circuit Clerk

# Discrimination is Against the Law

The Claims Administrator/Insurer complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex, including sex stereotypes and gender identity. The Claims Administrator/Insurer does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex assigned at birth, gender identity or recorded gender. Furthermore, the Claims Administrator/Insurer will not deny or limit coverage to any health service based on the fact that an individual's sex assigned at birth, gender identity, or recorded gender is different from the one to which such health service is ordinarily available. The Claims Administrator/Insurer will not deny or limit coverage for a specific health service related to gender transition if such denial or limitation results in discriminating against a transgender individual. The Claims Administrator/Insurer:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

If you need these services, contact the Civil Rights Coordinator.

If you believe that the Claims Administrator/Insurer has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, including sex stereotypes and gender identity, you can file a grievance with: Civil Rights Coordinator, P.O. Box 22492, Pittsburgh, PA 15222, Phone: 1-866-286-8295, TTY: 711, Fax: 412-544-2475, email: CivilRightsCoordinator@highmarkhealth.org. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Civil Rights Coordinator is available to help you. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201
1-800-368-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

*Insurance or benefit/claims administration may be provided by Highmark, Highmark Choice Company, Highmark Coverage Advantage, Highmark Health Insurance Company, First Priority Life Insurance Company, First Priority Health, Highmark Benefits Group, Highmark Select Resources, Highmark Senior Solutions Company or Highmark Senior Health Company, all of which are independent licensees of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield plans.*

ATTENTION: If you speak English, language assistance services, free of charge, are available to you. Call the number on the back of your ID card (TTY: 711).

U65_BS_G_M_1Col_12pt_blk_NL

Filed          19-CI-01095   10/30/2019        J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095   10/30/2019        /s/J.S. Flynn, Pulaski Circuit Clerk

EXHIBIT A

Filed            19-CI-01095    10/30/2019    J.S. Flynn, Pulaski Circuit Clerk
A true copy attest  19-CI-01095    10/30/2019    /s/J.S. Flynn, Pulaski Circuit Clerk



Fifth Avenue Place · 120 Fifth Avenue · Suite P4104 · Pittsburgh PA 15222-3099

December 12, 2018

TERESA K JOHNSON
340 TWIN RIVERS CIRCLE
BRONSTON, KY 42518

Patient: TERESA K JOHNSON
Member/Subscriber ID: 1076299120010
Requesting Provider: JOHN MOBLEY
Facility: LAKE CUMBERLAND REGIONAL HOSPITAL
Authorization#: REQ-5119153 (CASE-3783541)

Dear TERESA K JOHNSON:

The requests submitted for pre-certification as described below have been approved.

**Authorizations**
| | |
|---|---|
| Reference #: | REQ-5119153 (CASE-3783541) |
| Place of Service/Service: | Outpatient - Surgical |
| Service Requested From: | 12/01/2018 |
| Service Requested To: | 02/28/2019 |
| Total Approved: | 1 Units |

This decision is based on the information provided at the time of the review.

This authorization is solely for the purpose of advising you of the medical necessity of the requested service. It is NOT a verification of available benefits or authorization for new benefits. No guarantee of payment is being made and the appropriate customer service area should be contacted to verify if the requested service(s) are eligible to be covered under your benefit plan and to determine if there are any benefit and/or policy exclusions and/or limitations that may apply. Please see the NOTICE OF COVERAGE APPROVAL for more detailed information on the reverse.

Notification has also been given to the doctor and/or facility shown above.

To maximize your benefits, you should utilize a provider who participates in your health plan's preferred provider organization ("PPO"). You may call 1-888-778-8107 or access our web site at www.highmarkbcbs.com to determine if your provider is a PPO participant.



Highmark Blue Shield is an independent licensee of the Blue Cross and Blue Shield Association.

Filed            19-CI-01095    10/30/2019    J.S. Flynn, Pulaski Circuit Clerk
A true copy attest  19-CI-01095    10/30/2019    /s/J.S. Flynn, Pulaski Circuit Clerk



EXHIBIT B

EXHIBIT A

Filed 19-CI-01095 10/30/2019 J.S. Flynn, Pulaski Circuit Clerk
A true copy attest 19-CI-01095 10/30/2019 /s/J.S. Flynn, Pulaski Circuit Clerk

Case: 6:19-cv-00288-KKC  Doc #: 1-2  Filed: 12/09/19  Page: 16 of 17 - Page ID#: 25

# LAKE CUMBERLAND
## Regional Hospital
*Leading the way to better healthcare.*

Lake Cumberland Regional
305 Langdon St
Somerset, KY 42501
Phone: 606-679-7441
Doctor: JOHN C MOBLEY

## ESTIMATE WORKSHEET

| | |
|---|---|
| Patient Name: | TERESA K JOHNSON  PH:(606) 307-8975 |
| Service Date: | 12/28/2018 |
| Account #: | 1002242788 |
| Policy Number: | LGL107629912001 |
| Group Number: | 01303600 |
| Insurance Company: | BLUE CROSS KY ACCESS/PREFERRE |

| | |
|---|---|
| Deductible: | $1,750.00 |
| Deductible Met: | $1,750.00 |
| Out of Pocket Max: | $4,250.00 |
| Out of Pocket Met: | $153.00 |
| Co-Pay: | $0.00 |
| Co-Insurance: | 20% |

**Based on the following codes:**

**Facility Codes (CPT®):**
43770: LAP PLACE GASTR ADJ DEVICE

**ICD / CPT® Codes:**
-- none --

| | |
|---|---|
| Co-Pay: | $0.00 |
| Deductible: | $0.00 |
| Co-Insuranc | $4,037.16 |
| Total: | $4,037.16 |

**Estimated Charges** $39,104.63
**Est Insurance Amount Due** $16,148.65
**Estimated Patient Due** $4,037.16

| | |
|---|---|
| Deductible Due: | $0.00 |
| Co-Insurance Due: | $4,037.16 |
| Estimated Patient Due: | $4,037.16 |
| Prompt Discount (20%): | $807.43 |
| Total Due Today: | $3,229.73 |

CPT copyright 2018 American Medical Association. All rights reserved.    Est ID: 3151208

### OFFICE USE ONLY

Date: _____  Time: _____    ICN:524110
Notes:

### PATIENT FINANCIAL RESPONSIBILITY

The information provided in this worksheet is a best estimate based on the information we currently have and is not a guarantee of what you will be charged. Please understand that in many cases it is impossible to predict the final charges that will result, as there are variables involved in your actual services such as: the length of time spent in surgery or recovery, specific equipment, supplies and medications required, additional tests required by your physician, and/or any unusual special care or unexpected conditions or complications. This estimate does not include any physician charges (e.g. office visit, surgeon, anesthesiologist, emergency room physician, radiologist, pathologist, consulting physicians, etc.). If you have insurance, your benefits will ultimately determine the amount you owe (including deductibles, co-pay, co-insurance, and out-of-pocket maximums).

If you have paid the estimated balance due amount in full, you are eligible for the prompt pay discount on this account should your responsibility be more than our estimate. Payment on the date of service is preferred, however, we will honor the discount for payments received and posted within 7 actual days of the date service.

Patient/Guarantor Signature: *Teresa Johnson*

Prepared                                                     **EXHIBIT C**

Filed          19-CI-01095   10/30/2019   J.S. Flynn, Pulaski Circuit Clerk
A true copy attest   19-CI-01095   10/30/2019   /s/J.S. Flynn, Pulaski Circuit Clerk

EXHIBIT A

Case: 6:19-cv-00288-KKC Doc #: 1-2 Filed: 12/09/19 Page: 17 of 17 - Page ID#: 26
Filed 19-CI-01095 10/30/2019 J.S. Flynn, Pulaski Circuit Clerk
A true copy attest

# LAKE CUMBERLAND
## Regional Hospital
*Leading the way to better healthcare.*

| Patient Name: | Teresa Johnson |
|---|---|
| Account Number: | 1002242788 |
| Service Date: | 12/28/2018 |

**Admissions**
Effective 12/01/2015

Thank you for choosing Lake Cumberland Regional Hospital for your services. We value your use of our facility and your satisfaction is very important to us. Based on the information obtained during the registration process, you have an estimated balance due for services. Lake Cumberland Regional Hospital is proud to offer multiple payment options to meet your financial needs. Your estimated liability amount due and payment options are listed below:

**\*Estimated Patient Liability:**

**$4,037.16**

*This is an estimate only based on current information available. Actual charges may be higher or lower depending on the actual services received. You will receive a refund (if no other balance owed) if any portion is overpaid or you will receive a bill for any additional balance due.

| PAYMENT OPTIONS | Option 1 — Payment In Full | Option 2 — LCRH Monthly Pay Plan (12 Month Maximum) | | | Option 3 — Extended Payment Plan (60 Month Maximum) | | |
|---|---|---|---|---|---|---|---|
| Interest Rate: | 0% | 0% | | | 0% | | |
| Maximum Months: | 0 Months | Balance Due | # Months | Min Month | Balance Due | | # Months |
| | | $ 10.00 – $ 250.00 | 3 | $ 25.00 | $ 25.00 – $ 150.00 | | 3 |
| | | | | | $ 150.01 – $ 300.00 | | 6 |
| | | | | | $ 300.01 – $ 450.00 | | 12 |
| | | $ 250.01 – $ 500.00 | 6 | $ 75.00 | $ 450.01 – $ 600.00 | | 18 |
| | | | | | $ 600.01 – $ 2,500.00 | | 24 |
| | | | | | $ 2,500.01 – $ 5,000.00 | | 36 |
| | | $ 500.01 – $ 99,999 | 12 | $ 100.00 | $ 5,000.01 – $ 10,000.00 | | 48 |
| | | | | | $ 10,000.01 – $ 24,999.99 | | 60 |
| Available Discount: | 20% | 0% | | | 0% | | |
| Discount Amount: | ($807.43) | $0.00 | | | $0.00 | | |
| Minimum Deposit Required: | $0.00 | ($2,018.58) | | | ($100.00) | | |
| Remaining Balance: | $3,229.73 | $2,018.58 | | | $3,937.16 | | |
| Estimated Minimum Monthly Payment: | **$3,229.73** \*Only available for Payment in Full Prior to Service | **$168.22** \*Monthly payment is the higher of Maximum Months -or- Minimum Payment Amount. | | | **$109.37** \*Required Deposit is 10% or $100 maximum. Balance must be > $100. $10 Annual Fee w/Active Balance | | |

Payment amounts listed are the **MINIMUM** requirements for each option. You must meet the minimum payment amount for each payment option, however you can pay more than the minimum monthly payment listed. No early payoff fees apply.

| Select Payment Option (Circle): | 1 | ②  | 3 |
|---|---|---|---|

Due Date: _____   ☐ Add-on Balance
**12-24 Month Payment Plans Only:**

Financial Agreement: I, the undersigned, agree (whether I sign as parent, guardian, spouse, agent, guarantor, or as patient) that in consideration of the services and/or products to be rendered to the patient, I hereby agree to pay Lake Cumberland Regional Hospital, its agents or any other entities Lake Cumberland Regional Hospital authorizes to solicit, acquire, manage or collect for the medical services and/or products provided to the patient. Should the balance owed be referred to an attorney or collection agency, I will be responsible and pay all collection fees and costs, attorney fees, and court costs.

If I elect to pat the account balance pursuant to a payment plan option as summarized above, I agree to make timely monthly payments based on the estimates and payment plan descriptions provided above. I hereby certify and state that I have read, fully understand, and agree to honor my obligations to pay the account balance. I understand that the estimated minimum monthly payments described in the examples above are for illustration purposes only and my actual minimum monthly payment may be higher or lower depending on the actual services received, final charges assigned, and benefits received from other sources (if applicable).

| _Teresa Johnson_ | 12-27-18 | _signature_ | 12.27.18 |
|---|---|---|---|
| Signature of Responsible Party | Date | Witness | Date |

EXHIBIT A